# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0396. RONALD LEE WHITE et al. v. ENTERPRISE CAR SALES, INC. et al.**

On March 30, 2020 Ronald Lee White filed an application for discretionary appeal from a March 5, 2020 order granting Enterprise Car Sales, Inc.'s motion for summary judgment.[1] However, the order granting summary judgment is subject to direct appeal.

Pursuant to OCGA § 9-11-56 (h), "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal." This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this discretionary application is hereby GRANTED. White shall have ten days from the date of this order to file a notice of appeal in the trial court. If White has already filed a notice of appeal from the order at issue here, he need not file a second notice. The

---

[1] White originally filed his application in the Georgia Supreme Court, which transferred the case to this Court after finding no basis for its jurisdiction. See Case No. S20D1086 (transferred April 22, 2020).

clerk of the trial court is DIRECTED to include a copy of this order in the record

transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  *07/01/2020*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

      *Stephen E. Castlen*    *, Clerk.*